# MISCELLANEOUS SUPREME COURT DISPOSITION

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### November 16, 2017

Aguilera, C. Miguel Gonzalez v. Cain (S065279). Peremptory writ of mandamus issued.